IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANTHONY R. SPAY, : : : : Plaintiff, : : v. : : : CVS CAREMARK CORPORATION; CAREMARK Rx, LLC (f/k/a CAREMARK Rx, Inc.); CAREMARK, LLC (f/k/a CAREMARK, INC.); SILVERSCRIPT, LLC (f/k/a SILVERSCRIPT INC.), : : : : : : Defendants. : | CIVIL ACTION<br><br><br>NO. 09-4672 |

## ORDER

**AND NOW**, this *30th* day of *June*, 2014, in light of the impending discovery deadline in this matter, it is hereby **ORDERED** that Plaintiff/Relator Anthony R. Spay shall file a Response to Defendant CVS Caremark's Expedited Motion to Enforce the Close of Fact Discovery (Docket No. 149) by **Monday, July 7, 2014.**

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.