IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ANTHONY R. SPAY, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 09-4672 |
| CVS CAREMARK CORPORATION; CAREMARK Rx, LLC (f/k/a CAREMARK Rx, Inc.); CAREMARK, LLC (f/k/a CAREMARK, INC.); SILVERSCRIPT, LLC (f/k/a SILVERSCRIPT INC.), | : : : : : : | |
| Defendants. | : | |

**ORDER**

AND NOW, this *18th* day of *September*, 2014, upon consideration of the parties' letter briefs of September 15, 2014 and September 17, 2014, it is hereby **ORDERED** that the Court's Scheduling Order is **MODIFIED** as follows:

1. As previously established, all fact discovery in this case shall be completed by October 31, 2014.

2. Plaintiff's Expert Reports shall be served on November 14, 2014.

3. Defendants' Expert Reports shall be served on January 19, 2015.

4. Plaintiff's Rebuttal Reports shall be served on February 27, 2015.

5. Expert discovery shall close on March 20, 2015.

6. All dispositive motions are due by March 27, 2015.

No further extensions from these deadlines will be granted.

It is so **ORDERED**

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.